IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KARINA R. DIETER,<br><br>          Defendant. | 8:22CR12<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 41).   The Court has carefully reviewed the record in this case and finds as follows:

1.     On March 2, 2023, defendant Karina Dieter ("Dieter") pleaded guilty to Count I of the Superseding Indictment (Filing No. 19) and admitted the Forfeiture Allegation.  Count I charged Dieter with conspiracy to distribute 50 grams or more of a methamphetamine mixture in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1).

2.     The Forfeiture Allegation sought the forfeiture of $3,605.60 in United States currency seized from Dieter on or about January 25, 2022, on the basis that it was used to facilitate the offense, and/or that the currency was derived from proceeds obtained directly or indirectly as a result of the commission of the offense.

3.     Based on Dieter's guilty plea and admission, Dieter forfeits her interest in the $3,605.60 in United States currency and the government is entitled to possession of any interest Dieter has in the $3,605.60 in United States currency pursuant to 21 U.S.C. § 853.

4.     The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 41) is granted.

2. Based upon the Forfeiture Allegation of the Superseding Indictment (Filing No. 19) and Dieter's guilty plea and admission, the government is hereby authorized to seize the $3,605.60 in United States currency.

3. Dieter's interest in the $3,605.60 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $3,605.60 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Dieter, having or claiming a legal interest in the $3,605.60 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $3,605.60 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $3,605.60 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $3,605.60 in United States currency as a substitute for published notice as to those persons so notified.

8.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 8th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge